NO. SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the
JULY 2017 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

---

<u>NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION</u>

The applicants listed below are hereby notified that each has passed the

July 2017 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

| | |
|---|---|
| Malia Iva Alexander | Elyssa Rae-Ann Correia |
| Robyn Michelle Talosu Apisa-Matie | Laura Lynne Cushman |
| Sean Casey Aronson | Jarrett Andrew Dempsey |
| Michael Ross Susumu Azuma | Mark Justin Driessen |
| Julie Bachman | John Everett Dubiel |
| Christine Angela Beck-Millan | Jenna Lynne Durr |
| Luke Peter Bellocchi | Kim Marie Ebert |
| Elizabeth Suh Bowman | Mario Kupono Sinclair Everett |
| Rachael Theresa Brant | Amalia Louise Fenton |
| Derek James Brow | Rachel Figueroa |
| Jeremy Jeffrey Kunimasa Butterfield | Anthony Kok Chun Fong |
| Adrian Franc Catalan | Jesse Daniel Franklin-Murdock |
| Cassandra Leionaona Sui Yi Chang | Scott Leonard Frost |
| Andrew Liu Chen | Stephanie Rae Frye |
| Keric Blaine On Chin | Evan Satoji Fu |
| David Han Hua Ching | Shinobu Kamil Garrigues-Pula |
| Jordan Aki Keoni Ching | Ian Vince Kenji Garrod |
| Julianne Laʻahia Chun | Kari Elizabeth Gibson |
| Frank Leonard Cioffi, Jr. | Gustavo Hector Gonzalez |

-1-

Taylor Wyatt Gray
Saisamoa Felizita Grey Price
Sianha Michael Gualano
Sara Katherine Haley
Karen Louise Hammer
Taiki Noah Hayakawa
Erin Rosemary Henschel
Brittany Thatcher Heyd
Sachi Emma Hiatt
Lilia Nikolaevna Hrekul
Brooke Holliday Hunter
David Akio Imanaka
Mark Lee Ishmael
Sabrina Midori Kawana
Krisna Kay
Jai William Keep-Barnes
Aadel Khandaker
Nina Aiko Kawewehionalani Ki
Andrew Ines Kim
Christopher Jihun Kim
Michelle Youngchoo Kim
Kamalolookalani Kamaliiekolu
    Koanui-Kong
Travis Yugoro Kuwahara
Daria Khalyavina Lagmay
Katherine Nguyen Lau
Jonathan Mun Fai Loo
Mariana Löwy-Gerstmar
Daniel Kai Kiyoshi Luke
Evan Christopher Lum
Justin Michael Luney
Jacqueline Rose Maʻele
Natalia Maharaj
Chelsea Chizuko Maja
Christopher John Martens
Darene Kayo Matsuoka
Adam David McClay
Thomas James Michener
Meredith Gillan Miller
Stephen Reid Millwood
Michael Furugen Minkin
Joseph Clyde Mobbley
Anne Michele Murphy
Michele Natsuko Nakata
Sarah Malia Nishioka
Diana Kalani Ohrt
Jeffrey Michael Keoni Oka

Elyse Chizuko Nogami Oyama
Kimberly Phyllis Pafundi
Rosalyn Gamban Payen
Letani George Peltier
Marion Percell
Trevor Shipley Potts
William Howard Pryor
Melanie Robinol Ragamat
Joel Eli Rappoport
Erik Andrew Rask
Daniel Matthew Rempala
Brett Alan Ritter
Benjamin Scott Rose
Christopher Lee Salmon
Alexander Charles Schulz
Linnea Gilman Schuster
Stephanie Michelle Ribeiro Segovia
Alyssa Nicole Emiko Simbahon
Rochelle Aiko Valdez Sugawa
Chase Satoshi Lewis Suzumoto
Lisa Katherine Swartzfager
Elizabeth Leslie Sweeney
Matthew Alan Sylva
Carlos Makoto Taitano
Michelle Hana Takahashi
Cameron Noboru Takamura
Todd Hisato Tashima
Napoleon Laurence David Taylor
Jaime Heather Chizu Tokioka
Tina Miwako Tsuchiyama
Ross Renzo Kawika Uehara-Tilton
Sara Brooke Vargas
Nathan Frederick Wade
Dallas Haynes Hoomaikaiana
    Kiyoshi Walker
Jesse Nainoa Watson
Dylan Thomas Weber
Stephen Lee Weber
Jasmine Nicole Yin Wun Wong
Kourtney Hiʻilani Lai Ming Wong
Matthew Kaichi Wong
Jaymie Kikue Yamamoto
Aaron Gen Sen Yee
Ivy Pei Shang Yeung
Travis Anthony Yu
Jiayan Zhou

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, October 2, 2017.

BOARD OF EXAMINERS

By:    /s/ Rochelle R.T. Kaui
        Its Secretary

